UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21162-CIV-LENARD/TURNOFF

**ENERGY SOURCE, INC., and RMS
OIL AND GAS, LLC**

     Plaintiffs,

vs.

**GLEEKO PROPERTIES, LLC, et al.**,

     Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 74) AND DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS FOR ENTRY OF FINAL DEFAULT JUDGMENT (D.E. 44 AND 62)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 74), issued on May 5, 2011. In his Report, Magistrate Judge Turnoff recommends that Plaintiffs' Amended Motion for Entry of Final Default Judgment Against William F. Dippolito, P.S., Inc., William Dippolito, Gleeko Properties, LLC and Eddie Pace Singletary (D.E. 44), filed on December 17, 2010, and Plaintiffs' Amended Motion for Entry of Final Default Judgment Against Donald Ramsey (D.E. 62), filed on January 27, 2011, be denied without prejudice. (Report at 5.) The Report finds that given the pending motion to dismiss and the remaining unserved defendants, it is inappropriate to review these motions at this time. (*Id.*) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings

contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 77), issued on May 5, 2011, is **ADOPTED.**

2. Plaintiffs' Amended Motion for Entry of Final Default Judgment Against William F. Dippolito, P.S., Inc., William Dippolito, Gleeko Properties, LLC and Eddie Pace Singletary (D.E. 44), filed on December 17, 2010, is **DENIED** without prejudice.

3. Plaintiffs' Amended Motion for Entry of Final Default Judgment Against Donald Ramsey (D.E. 62), filed on January 27, 2011, is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2011.

                                                            */s/ Joan A. Lenard*
                                                            **JOAN A. LENARD**
                                                     **UNITED STATES DISTRICT JUDGE**