UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 10-21162-CIV-LENARD/O'SULLIVAN

ENERGY SOURCE, INC., a Florida
corporation, and RMS Oil and Gas, LLC,
a Nevada corporation,

    Plaintiffs,
vs.

GLEEKO PROPERTIES, LLC, a foreign
corporation, G GROUP INTERNATIONAL,
LLC, a foreign corporation, TYRONE STAINDL
GRANDBERRY, individually, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiffs' Motion for Entry of Final Default Judgment against Defendants, Angela Hazarie, Hazarie International Trade Solutions and ANF Media Tech, LLC, and Plaintiffs' Renewed Motion for Entry of Final Default Judgment against Defendants' Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, and Incorporated Memorandum of Law (DE# 98, 7/29/11).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that on or before **August 31, 2011,** the defendants, Angela Hazarie, Hazarie International Trade Solutions, and ANF Media Tech, LLC, shall file their responses to the Plaintiffs' Motion for Entry of Final Default Judgment against Defendants, Angela Hazarie, Hazarie International Trade Solutions and ANF Media Tech, LLC (DE# 98,

7/29/11), and the defendants, Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, shall file their responses to the Plaintiffs' Renewed Motion for Entry of Final Default Judgment against Defendants' Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, and Incorporated Memorandum of Law (DE# 98, 7/29/11).  The failure to file a response may result in an order granting the Plaintiffs' Motion for Entry of Final Default Judgment against Defendants, Angela Hazarie, Hazarie International Trade Solutions and ANF Media Tech, LLC, and Plaintiffs' Renewed Motion for Entry of Final Default Judgment against Defendants' Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, and Incorporated Memorandum of Law (DE# 98, 7/29/11) in its entirety.

The plaintiffs shall promptly serve a copy of this Order on the defendants that are the subject of the motions for default judgment and file a notice of compliance with the Court.

**DONE and ORDERED** in Chambers at Miami, Florida this **10th** day of August, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record