UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 10-21162-CIV-LENARD/O'SULLIVAN

ENERGY SOURCE, INC., a Florida
corporation, and RMS Oil and Gas, LLC,
a Nevada corporation,

    Plaintiffs,
vs.

GLEEKO PROPERTIES, LLC, a foreign
corporation, G GROUP INTERNATIONAL,
LLC, a foreign corporation, TYRONE STAINDL
GRANDBERRY, individually, et al.,

    Defendants.
_____/

# ORDER

THIS MATTER comes before the Court on the Plaintiff's Renewed Motion for Entry of Final Default Judgment against Defendants, Angela Hazarie, Hazarie International Trade Solutions, ANF Media Tech, LLC, Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, and Incorporated Memorandum of Law (DE# 140, 3/26/12).

Rule 7.1( c), Local Rules for the United States District Court for the Southern District of Florida provides in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that on or before **May 9, 2012,** the defendants,

Angela Hazarie, Hazarie International Trade Solutions, ANF Media Tech, LLC, Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, shall file a response to the Plaintiff's Renewed Motion for Entry of Final Default Judgment (DE# 140, 3/26/12).  The failure to file a response may result in a recommendation that the Plaintiff's Renewed Motion for Entry of Final Default Judgment against Defendants, Angela Hazarie, Hazarie International Trade Solutions, ANF Media Tech, LLC, Gleeko Properties, LLC, Eddie Pace Singletary, Law Offices of William F. Dippolito, P.S., Inc., William F. Dippolito and Donald Ramsey, and Incorporated Memorandum of Law (DE# 140, 3/26/12) be granted in its entirety.

The plaintiffs shall promptly serve a copy of this Order on the defendants that are the subject of the motion for default judgment and file a notice of compliance with the Court.

**DONE and ORDERED** in Chambers at Miami, Florida this **18th** day of April, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record