UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 10-21162-CIV-LENARD/O'SULLIVAN

ENERGY SOURCE, INC., a Florida
corporation, and RMS Oil and Gas, LLC,
a Nevada corporation,

    Plaintiffs,
vs.

GLEEKO PROPERTIES, LLC, a foreign
corporation, et al.,

    Defendants.
_____/

## NOTICE

On November 13, 2012, the undersigned received the attached correspondence from Glenn McPhillips, Gleeko Properties, LLC. "[A] corporation [or other fictional legal persons] is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1384 (11th Cir. 1985)(citations omitted). The rule that a corporation cannot represent itself applies "even where the person seeking to represent the corporation [or other fictitious legal entity such as a limited liability company] is its president and major stockholder." Id. (citing In re Las Colinas Development Corp., 585 F.2d 7 (1st Cir. 1978), cert. denied, 440 U.S. 931 (1979)("One of the time-hallowed restrictions on corporations has been that, in court, they must be represented by a licensed attorney.")).

**DONE and ORDERED** in Chambers at Miami, Florida this **14th** day of November, 2012.

                                                       _____
                                                     JOHN J. O'SULLIVAN
                                                     UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

**Gleeko Properties, LLC**

6 Office Park Circle
Selma, AL 36701
334-413-0364

November 6, 2012

C. Clyde Atkins United States Courthouse.
Judge John O'Sullivan
301 N. Miami Ave, 5th Floor
Miami, FL 33128

### RE:   Energy Source INC. et al v. Gleeko Properties, LLC, et al.
USDC S.D. Fla. Case No.: 1:10-CV-21162

Dear Judge O'Sullivan:

I am enclosing a copy of the documents sent to Keith R. Gaudioso, Esq. on November 5th, 2012 and the Clerk's Office for your review. I am not an attorney and was unable to afford the retainer for an attorney in Miami. I am asking if you would review this information and see that my company's name was used in this transaction without my knowledge and that I had no involvement. Thank you for your time.

Sincerely,

Glenn McPhillips

November 5, 2012

**Via Fax & Federal Express**

**Keith R. Gaudioso, Esq.**
**Keith R. Gaudioso, P.A.**
**One Biscayne Tower, Suite 3700**
**2 South Biscayne Blvd**
**Miami, FL 33131**

        RE:  Energy Source INC. et al v. Gleeko Properties, LLC, et al.
              USDC S.D. Fla. Case No.: 1:10-CV-21162

Dear Mr. Gaudioso:

    I am enclosing a copy of the Articles of Amendment to Articles of Organization for Gleeko Properties, LLC. As you can see Eddie Pace-Singletary was not associated with my company until March 18, 2008. Ms. Singletary was removed from my company on November 30, 2010. I was not served with this lawsuit until January 2012. Document 1-3 Entered on FLSD Docket 04/09/2010 page 1-11 was signed on February 26th, 2008 by your client and the Defendants. As you can see, no person listed in the documents was a member of Gleeko Properties, LLC. This is a fraud committed against my company and myself. As I stated before I had no knowledge of this transaction and myself and my company were not involved.

                                              Sincerely,

                                              Glenn McPhillips

# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY GUIDELINES
ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION

```
CORP      61      234
Recorded In Above Book and Page
03/19/2008 11:22:13 AM
KIMBROUGH L BALLARD
Judge of Probate
Dallas County, Alabama
```

**INSTRUCTIONS**

STEP 1: WITHIN 30 DAYS OF A NAME CHANGE, FALSE OR ERRONEOUS STATEMENT IN THE ARTICLES OF ORGANIZATION, CHANGE IN THE PERIOD OF DURATION, OR A CHANGE IN ANY STATEMENT IN THE ARTICLES OF ORGANIZATION, AN AMENDMENT SHOULD BE FILED TO REFLECT THE OCCURRENCE OF THE EVENT(S).

STEP 2: FILE THE ORIGINAL AND TWO COPIES IN THE COUNTY WHERE THE ORIGINAL ARTICLES OF ORGANIZATION ARE FILED. THE SECRETARY OF STATE'S FILING FEE IS $0. PLEASE CONTACT THE JUDGE OF PROBATE TO VERIFY THE PROBATE FILING FEE.

PURSUANT TO 10-12-11 OF THE ALABAMA LIMITED LIABILITY COMPANY ACT, THE UNDERSIGNED HEREBY ADOPTS THE FOLLOWING ARTICLES OF AMENDMENT:

*Article I*  The name of the limited liability company:
Gleeko Properties, LLC

*Article II*  The date of filing of the articles of organization: March 25, 2003

*Article III*  The following amendment was adopted in the manner provided for by the Alabama Limited Liability Act:
Addition of Members: Eddie Pace-Singletary
1030 Scott St, Clermont, FL 34711
            Floyd Mitchell, Jr
1175 Charter Oak Dr., Memphis, TN 38109

*Article IV*  The amendment, consistent with the Limited Liability Company Act, was approved by a majority vote of the members entitled to vote or in accordance with the requirements set forth in the articles of organization and prescribed by law.

DATE March 18, 2008

Glenn S. McPhillips
Type or Print Name of Member

_____
Signature of Member

REV. 10/2003

Recording Fee    15.00
TOTAL            15.00

# STATE OF ALABAMA

**DOMESTIC LIMITED LIABILITY COMPANY GUIDELINES**
**ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION**

```
CORP         62    559
Recorded In Above Book and Page
12/01/2010 10:56:33 AM
KIMBROUGH L BALLARD
Judge of Probate
Dallas County, Alabama
```

**INSTRUCTIONS**

**STEP 1:** WITHIN 30 DAYS OF A NAME CHANGE, FALSE OR ERRONEOUS STATEMENT IN THE ARTICLES OF ORGANIZATION, CHANGE IN THE PERIOD OF DURATION, OR A CHANGE IN ANY STATEMENT IN THE ARTICLES OF ORGANIZATION, AN AMENDMENT SHOULD BE FILED TO REFLECT THE OCCURRENCE OF THE EVENT(S).

**STEP 2:** FILE THE ORIGINAL AND TWO COPIES IN THE COUNTY WHERE THE ORIGINAL ARTICLES OF ORGANIZATION ARE FILED. THE SECRETARY OF STATE'S FILING FEE IS $0. PLEASE CONTACT THE JUDGE OF PROBATE TO VERIFY THE PROBATE FILING FEE.

PURSUANT TO 10-12-11 OF THE ALABAMA LIMITED LIABILITY COMPANY ACT, THE UNDERSIGNED HEREBY ADOPTS THE FOLLOWING ARTICLES OF AMENDMENT:

**Article I**     The name of the limited liability company:

Gleeko Properties, LLC

**Article II**     The date of filing of the articles of organization: March 25, 2003.

**Article III**     The following amendment was adopted in the manner provided for by the Alabama Limited Liability Act:

Removal of Members: Eddie Pace-Singletary

1030 Scott St, Clermont, FL 347711

~~Floyd Mitchell, JR~~

1175 Charter Oak Dr., Memphis, TN 38109

**Article IV**     The amendment, consistent with the Limited Liability Company Act, was approved by a majority vote of the members entitled to vote or in accordance with the requirements set forth in the articles of organization and prescribed by law.

DATE ~~November 30, 2010~~

Glenn S. McPhillips
Type or Print Name of Member

_[signature]_
Signature of Member

REV. 10/2003

Recording Fee    15.00
TOTAL    15.00