UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21162-CIV-LENARD/O'SULLIVAN

**ENERGY SOURCE, INC., and RMS
OIL AND GAS, LLC,**

               Plaintiffs,

v.

**GLEEKO PROPERTIES, LLC, et al.**,

               Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 165) AND
GRANTING IN PART PLAINTIFFS' RENEWED MOTION FOR ENTRY OF
FINAL DEFAULT JUDGMENT (D.E. 140)**

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge John J. O'Sullivan ("Report," D.E. 165), issued on December 12, 2012. In his Report, Magistrate Judge O'Sullivan recommends that the Court grant in part Plaintiffs' Renewed Motion for Entry of Final Default Judgment ("Motion," D.E. 140), filed on March 26, 2012. Specifically, Magistrate Judge O'Sullivan recommends that final default judgment should be entered against the following defendants, jointly and severally, as follows: (1) against Defendants Angela Hazarie, Gleeko Properties, LLC, Eddie Pace Singletary, and Donald Ramsey in the total amount of $1,656,200, which includes the principal amount of $339,200 and treble damages of the original principal amount ($439,200) under Florida law in the amount of $1,317,600; and (2) against Defendant William F. Dippolito, in the total amount of $339,200. (Report 14.) Magistrate Judge O'Sullivan also notes that "[t]he plaintiffs

abandoned their claims against defendants, Hazarie International Trade Solutions, ANF Media Tech, LLC, and the Law Offices of William F. Dippolito, P.S., because the plaintiffs believe the defendant entities no longer exist." (Id. at 14 n.8.)

The Report provides fourteen (14) days for the parties to file objections. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 165), issued on December 12, 2012, is **ADOPTED**;

2. As consistent with this Order and the Report, Plaintiffs' Renewed Motion for Entry of Final Default Judgment (D.E. 140), filed on March 26, 2012, is **GRANTED IN PART**;

3. Final default judgment in favor of Plaintiffs is entered against the following defendants, jointly and severally, as follows:

    a. Against Defendants Angela Hazarie, Gleeko Properties, LLC, Eddie Pace Singletary, and Donald Ramsey, in the total amount of $1,656,200, which includes the principal amount of $339,200 and treble damages of the original principal amount ($439,200) under Florida law

        in the amount of $1,317,600, for which sum let execution issue; and

    **b.**    Against Defendant William F. Dippolito, in the total amount of $339,200, for which sum let execution issue.

**4.**    Plaintiffs' claims against Defendants Hazarie International Trade Solutions, ANF Media Tech, LLC, and the Law Offices of William F. Dippolito, P.S. have been abandoned by Plaintiffs and therefore are **DISMISSED**;

**5.**    All pending motions are **DENIED AS MOOT**; and

**6.**    This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of January, 2013.

*[signature]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**